UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU,<br><br>　　　　Plaintiff,<br>　v.<br><br>ROBERT HIGHT, *et al.*,<br><br>　　　　Defendants. | No. CV 19-5533-JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing plaintiff's claims as follows:

(1) plaintiff's *Lyu Two* false arrest and false imprisonment claims against Cruz are dismissed with prejudice;

(2) plaintiff's claims against Gravely and Hight are dismissed with prejudice;

(3) plaintiff's claims that Cruz testified falsely and conspired with others to testify falsely are dismissed with prejudice; and

(4) all other claims are dismissed without prejudice.

DATED: March 4, 2020

_____
JAMES V. SELNA
United States District Judge