UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU,<br><br>        Plaintiff,<br>  v.<br><br>ROBERT HIGHT, *et al.*,<br><br>        Defendants. | No. CV 19-5533 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered as follows:

(1) plaintiff's *Lyu Two* false arrest and false imprisonment claims against Cruz are dismissed with prejudice;

(2) plaintiff's claims against Gravely and Hight are dismissed with prejudice;

(3) plaintiff's claims that Cruz testified falsely and conspired with others to testify falsely are dismissed with prejudice; and

(4) all other claims are dismissed without prejudice.

DATED: March 4, 2020

                                                  JAMES V. SELNA<br>
                                        United States District Judge